**No. 44074.**—Protests 19178–K, etc., of Pratt & Farmer Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 44075.**—Protest 841053–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the paperweights are similar in all material respects to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44076.**—Protests 699148–G, etc., of Ades Bros., Inc. (San Francisco).

Opinion by DALLINGER, J. On the agreed facts it was held that certain vases, trays, bowls, incense burners, jars, and boxes are dutiable as claimed at 40 percent under paragraph 339 as household utensils on the authority of Abstracts 35047 and 42727.

**No. 44077.**—Protests 26996–K, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the salad forks are composed entirely of wood and are identical in all respects to those passed upon in *Borgfeldt* v. *United States* (T. D. 48585). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 44078.**—Protests 944263–G, etc., of Chase & Co. (Jacksonville).

Opinion by DALLINGER, J. The testimony failed to establish *prima facie* that the merchandise in question is classifiable under paragraph 1685. The action of the collector was therefore affirmed.

BEFORE THE THIRD DIVISION, JULY 1, 1940

**No. 44079.**—Protest 10357–K of J. G. Philen, Jr. (San Antonio).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.